634

389 A.2d 695

Commonwealth v. Wells, Appellant.

Argued March 15, 1978. Daniel F. Wolfson, with him Daniel W. Shoemaker, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, with her LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

389 A.2d 695

Commonwealth v. Zeiders, Appellant.

Argued March 13, 1978. William Harvey Wiest, with him Wiest & Wiest, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, with her LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence reversed and case remanded for filing of post-trial motions nunc pro tunc for failure to comply with Pa.R.Crim.P. 1123.

PRICE, J., dissented and would affirm the order of the lower court because the Pa.R.Crim.P. 1123 issue is waived.

VAN der VOORT, J., dissented.